**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Northern(Santa Barbara) DIVISION**

In re:  PARK AVENUE STRATEGIES, LLC                 §        Case No. 9:15-BK-10105
                                                                         §
                                                                         §
                                                                         §
                  Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**


        Sandra K. McBeth, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

        1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

        2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:   $20,000.00 | Assets Exempt:   NA |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants:   $13,190.69 | Claims Discharged Without Payment:   NA |
| Total Expenses of Administration:   $4,902.03 | |

        3) Total gross receipts of $18,092.72 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $18,092.72 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $4,902.03 | $4,902.03 | $4,902.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $3,333.38 | $3,333.38 | $3,333.38 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $249,663.00 | $201,029.35 | $201,029.35 | $9,857.31 |
| **TOTAL DISBURSEMENTS** | $249,663.00 | $209,264.76 | $209,264.76 | $18,092.72 |

4) This case was originally filed under chapter 7 on 01/21/2015.  The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/10/2017          By: /s/ Sandra K. McBeth

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Merchant account no. 272600147404 reserves held | 1129-000 | $533.60 |
| Cashier's check from Bank of America as proceeds | 1129-000 | $14,000.00 |
| Merchant account no. 272600147479 reserves held | 1129-000 | $1,080.54 |
| Business checking account at Bank of America. Fu | 1129-000 | $2,478.58 |
| **TOTAL GROSS RECEIPTS** | | **$18,092.72** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Sandra K. McBeth | 2100-000 | NA | $2,559.27 | $2,559.27 | $2,559.27 |
| Trustee, Expenses - Sandra K. McBeth | 2200-000 | NA | $221.16 | $221.16 | $221.16 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $571.60 | $571.60 | $571.60 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $800.00 | $800.00 | $800.00 |
| Tax Preparer Fees - M. Kathleen Klein, CPA | 3991-640 | NA | $750.00 | $750.00 | $750.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$4,902.03** | **$4,902.03** | **$4,902.03** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | FRANCHISE TAX BOARD | 5800-000 | NA | $3,333.38 | $3,333.38 | $3,333.38 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$3,333.38** | **$3,333.38** | **$3,333.38** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AFFLUENT ADS LLC | 7100-000 | $171,858.00 | $200,618.25 | $200,618.25 | $9,837.15 |
| 2U | FRANCHISE TAX BOARD | 7100-000 | NA | $411.10 | $411.10 | $20.16 |
| NOTFILED | TABOOLA | 7100-000 | $8,700.00 | $0.00 | $0.00 | $0.00 |
| NOTFILED | THE AFFILIATA NETWORK INC | 7100-000 | $69,105.00 | $0.00 | $0.00 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$249,663.00** | **$201,029.35** | **$201,029.35** | **$9,857.31** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

Case No.:    9:15-BK-10105

Case Name:    PARK AVENUE STRATEGIES, LLC

For Period Ending:    04/10/2017

Trustee Name:    (007780) Sandra K. McBeth

Date Filed (f) or Converted (c):    01/21/2015 (f)

§ 341(a) Meeting Date:    02/23/2015

Claims Bar Date:    06/22/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cashier's check from Bank of America as proceeds | 14,000.00 | 14,000.00 | | 14,000.00 | FA |
| 2 | Business checking account at Bank of America. Fu | 2,783.35 | 2,783.35 | | 2,478.58 | FA |
| 3 | Merchant account no. 272600147479 reserves held | 1,080.54 | 1,080.54 | | 1,080.54 | FA |
| 4 | Merchant account no. 272600147404 reserves held | 533.60 | 533.60 | | 533.60 | FA |
| 5 | Approximately 1,000 units of inventory. Location<br>5/12/15: Notice of intent to abandon filed.<br>6/1/15: No opposition filed. | 20,000.00 | 20,000.00 | OA | 0.00 | FA |
| 5 | **Assets        Totals        (Excluding unknown values)** | **$38,397.49** | **$38,397.49** | | **$18,092.72** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

Case No.:    9:15-BK-10105

Case Name:    PARK AVENUE STRATEGIES, LLC

For Period Ending:    04/10/2017

Trustee Name:    (007780) Sandra K. McBeth

Date Filed (f) or Converted (c):    01/21/2015 (f)

§ 341(a) Meeting Date:    02/23/2015

Claims Bar Date:    06/22/2015

**Major Activities Affecting Case Closing:**

For period ending 3/31/16: Inventory abandoned due to difficulty in selling and storage expense.  Accountant employed as flat fee preparer.  Issues regarding entity's organization causing delay in tax return submission.

For period ending 3/31/15: Received turnover of some proceeds held in account.  Additional sums under investigation.  Also investigating value of inventory stored on the East Coast, and practicality of attempting to liquidate.  Not a large market for inventory of health supplements.  No professionals employed, no tax issues in the case.  CPA to be employed.

For period ending 3/31/15:
1. Turnover of Bank of America account proceeds received.
For period ending 3/31/16:
2.  Reveiw of inventory values indicates costs to marshall and liquidate likely to exceed value.  Most products sold at Wal Mart, also FDA considerations.  Notice of intent to abandon to be filed.
3. Claims imported and reviewed. No objections necessary.
4. Sent documents to employ CPA Klein
5. Application to Employ K. Klein as tax preparer ($750) filed.
For period ending 3/31/17
6.  CPA determined no federal tax return requirement, but State required.  Will prepare week of 10/10/16 and Trustee will notify UST of changed TFR date and delay.
7.  State returns completed, 2015 paid.
8. Request for court costs filed. Notice to Pay Court Costs Due $0
9. No Notice to Professionals - only professional was tax preparer who was already paid.

3/17/15: Periodic review of case and update.

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

**Case No.:**    9:15-BK-10105

**Case Name:**    PARK AVENUE STRATEGIES, LLC

**For Period Ending:**    04/10/2017

**Trustee Name:**    (007780) Sandra K. McBeth

**Date Filed (f) or Converted (c):**    01/21/2015 (f)

**§ 341(a) Meeting Date:**    02/23/2015

**Claims Bar Date:**    06/22/2015

3/18/15 - Notice of assets and request for bar date. Filed.
5/12/15 - Reviewed prices on supplement inventory.
5/13/15 - Notice of Intent to abandon inventory. Filed.
6/15/15 - Periodic review of case and update.
8/4/15 - Order to employ tax preparer entered.
11/12/15 - Period review and case update.
2/29/16 - Periodic review and case update.  Follow up with accountant on return issue.
10/10/16 - confirmed with CPA only State return required.  ETFR date adjusted accordingly.
10/10/16 - Email to UST re changed ETFR date.
10/11/16 - Tax return received, need order to allow payment.
11/1/16 - FTB returns and payment for 2015. Mailed.
12/1/16 - Tax preparer fee ($750) paid

**Initial Projected Date Of Final Report (TFR):**    10/15/2016

**Current Projected Date Of Final Report (TFR):**    01/09/2017 (Actual)

| 04/10/2017 | |
| --- | --- |
| Date | |

/s/Sandra K. McBeth

Sandra K. McBeth

## Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:15-BK-10105 | |
| **Case Name:** | PARK AVENUE STRATEGIES, LLC | |
| **Taxpayer ID #:** | **-***9013 | |
| **For Period Ending:** | 04/10/2017 | |

| | |
|---|---|
| **Trustee Name:** | Sandra K. McBeth (007780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/18/2015 | {1} | Park Avenue Strategies LLC | Turnover of bank account | 1129-000 | 14,000.00 | | 14,000.00 |
| 02/18/2015 | {2} | Park Avenue Strategies LLC | Turnover of bank account | 1129-000 | 2,478.58 | | 16,478.58 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 16,468.58 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.26 | 16,443.32 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.64 | 16,419.68 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.82 | 16,396.86 |
| 06/25/2015 | | EVO MERCHANT SERVICES LLC / DBTCO AMERICAS NYC | | | 1,614.14 | | 18,011.00 |
| | {4} | | Turnover of merchant account $533.60 | 1129-000 | | | 18,011.00 |
| | {3} | | Turnover of merchant account $1,080.54 | 1129-000 | | | 18,011.00 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.54 | 17,985.46 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.73 | 17,958.73 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 9:15-BK-10105 | Trustee Name: | Sandra K. McBeth (007780) |
|---|---|---|---|
| Case Name: | PARK AVENUE STRATEGIES, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9013 | Account #: | ******9766 Checking Account |
| For Period Ending: | 04/10/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.96 | 17,933.77 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.51 | 17,906.26 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.75 | 17,880.51 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.85 | 17,855.66 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.25 | 17,827.41 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.72 | 17,802.69 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.68 | 17,778.01 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.05 | 17,749.96 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.61 | 17,725.35 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.57 | 17,700.78 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.93 | 17,672.85 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.50 | 17,648.35 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.84 | 17,620.51 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

## Form 2

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:15-BK-10105 | |
| **Case Name:** | PARK AVENUE STRATEGIES, LLC | |
| **Taxpayer ID #:** | **-***9013 | |
| **For Period Ending:** | 04/10/2017 | |

| | |
|---|---|
| **Trustee Name:** | Sandra K. McBeth (007780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.27 | 17,595.24 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.39 | 17,570.85 |
| 11/01/2016 | 101 | Franchise Tax Board | 2015 Tax Return Form 568 for CA, LLC Tax Return for Park Avenue Strategies LLC, Tax ID #**-***9013. PER ORDER ENTERED 11/1/16 | 2820-000 | | 800.00 | 16,770.85 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.54 | 16,744.31 |
| 12/01/2016 | 102 | M. Kathleen Klein, CPA | Tax preparer fee, paid per Order entered 8/4/15 | 3991-640 | | 750.00 | 15,994.31 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.19 | 15,971.12 |
| 03/07/2017 | 103 | Sandra K. McBeth | Case #15-10105 - Trustee Compensation paid per Order entered 3/7/17 | 2100-000 | | 2,559.27 | 13,411.85 |
| 03/07/2017 | 104 | Sandra K. McBeth | Case #15-10105 - Trustee Expenses paid per Order entered 3/7/17 | 2200-000 | | 221.16 | 13,190.69 |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page:  4

| | | |
|---|---|---|
| **Case No.:** | 9:15-BK-10105 | |
| **Case Name:** | PARK AVENUE STRATEGIES, LLC | |
| **Taxpayer ID #:** | **-***9013 | |
| **For Period Ending:** | 04/10/2017 | |

| | |
|---|---|
| **Trustee Name:** | Sandra K. McBeth (007780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/07/2017 | 105 | FRANCHISE TAX BOARD | Case #15-10105 - Dividend paid 100.00% on Priority Claim 2P paid per Order entered 3/7/17 | 5800-000 | | 3,333.38 | 9,857.31 |
| 03/07/2017 | 106 | AFFLUENT ADS LLC | Case #15-10105 - Dividend paid 4.90% on Unsecured Claim 1 paid per Order entered 3/7/17 | 7100-000 | | 9,837.15 | 20.16 |
| 03/07/2017 | 107 | FRANCHISE TAX BOARD | Case #15-10105 - Dividend paid 4.90% on Unsecured Claim 2U paid per Order entered 3/7/17 | 7100-000 | | 20.16 | 0.00 |
| | | COLUMN TOTALS | | | 18,092.72 | 18,092.72 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 18,092.72 | 18,092.72 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $18,092.72 | $18,092.72 | |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**                                    *! - transaction has not been cleared*

**Form 2**

Exhibit 9
Page: 5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 9:15-BK-10105 | **Trustee Name:** | Sandra K. McBeth (007780) |
| **Case Name:** | PARK AVENUE STRATEGIES, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9013 | **Account #:** | ******9766 Checking Account |
| **For Period Ending:** | 04/10/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9766 Checking Account | $18,092.72 | $18,092.72 | $0.00 |
| | **$18,092.72** | **$18,092.72** | **$0.00** |

| | |
|---|---|
| **04/10/2017** | **/s/Sandra K. McBeth** |
| **Date** | **Sandra K. McBeth** |

**UST Form 101-7-TDR (10 /1/2010)**